## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

May 17, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Jensen, Ilse
Request for Early Termination
Dkt. No. 04-00771-001

THE COURT ORDERS:

Denial of Termination from Supervision _____
                                              Judge Dennis Cavanaugh

5/17/10
Early Termination Granted  __[signature]_____
                                              Judge Dennis Cavanaugh

As per attached correspondence dated May 14, 2010.

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

May 14, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Dennis M. Cavanaugh
United States District Court Judge
United States Post Office and Courthouse
Post Office Box 0999
Newark, New Jersey 07102-0999

RE: Jensen, Ilse
Request for Early Termination
Dkt. No. 04-00771-001

Dear Judge Cavanaugh:

On July 18, 2006, Your Honor sentenced above-captioned individual to a 24-month custodial term for conspiracy to distribute and possession with intent to distribute cocaine, followed by a three-year term of supervised release. The following special conditions were imposed: mental health treatment and the collection of DNA. A $100 special assessment was also ordered. Supervision commenced with the Middle District of Florida on May 23, 2008.

Since the commencement of supervised release on May 23, 2008, Jensen has remained in compliance with all directives of probation. She has paid her special assessment, reported as directed, tested negative for any illegal substances, and satisfied her DNA condition. Jensen has been employed on a full-time basis for the Florida Christian University, as a receptionist, earning $8 per hour. She resides with her parents at 3714 Marietta Way, St. Cloud, Florida 34472, who have remained supportive of Jensen. Further, she was enrolled in mental health treatment at the Wellness Institute in Orlando, Florida and was successfully discharged on June 15, 2009.

At this time, the USPO in the Middle District of Florida is requesting an early termination from supervised release, due to her overall compliance. We contacted Melissa Jampol, the Assistant United States Attorney who prosecuted this case, and she is opposed to this request.

We will remain available if Your Honor requests to discuss this case in further detail. The undersigned can be reached at (973) 223-9750.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

S/Andrea P. Shumsky

By: Andrea P. Shumsky
    U.S. Probation Officer

/aps
CC: Melissa Jampol, Assistant United States Attorney